Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 7993 | **DATE** | 11/15/2012 |
| **CASE TITLE** | RICHARD KUBERSKI vs. LIME ENERGY CO., ET AL | | |

**DOCKET ENTRY TEXT**

Status and Motion hearing held.   Defendants' motion for entry of scheduling order [22]  is entered and continued until status hearing on February 13, 2013 at 9:00 a.m.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | MG |
|---|---|---|